UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT PAULINO,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. ENRIQUEZ,<br><br>        Defendant. | Case No. CV 11-1687-GW (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

DATED: September 30, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA11CV01687GW-O.wpd