UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT PAULINO, | ) | Case No. CV 11-1687-GW (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| DR. ENRIQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order Dismissing the First Amended Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED:    September 30, 2013.


_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA11CV01687GW-J.wpd