UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT PAULINO, | ) | Case No. CV 11-1687-GW (PJW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| DR. ENRIQUEZ, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order Dismissing the First Amended Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 30, 2013.

*/s/ George H. Wu*
_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA11CV01687GW-J.wpd